# VRC | VLADECK RASKIN CLARK P.C.

Susan J. Walsh
212-403-7348 (o)
646-398-1514 (m)
swalsh@vladeck.com

> **APPLICATION GRANTED**
> **SO ORDERED** */s/ Vernon Broderick*
> **VERNON S. BRODERICK**
> **U.S.D.J.** 2/6/2025
>
> The status conference scheduled for February 7, 2025 is hereby adjourned to February 14, 2025 at 2:00 p.m. The adjournment is necessary to accommodate a conflict with defense counsel's schedule. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, with the consent of the defense, it is further ordered that the time between February 7, 2025 and February 14, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF and Email**

Hon. Vernon S. Broderick
US District Court Judge
US District Court for the SDNY
40 Foley Square
New York, New York 10007

*United States v. Tuesdai Gaskin*, 24 Cr 363 (VSB)

Dear Judge Broderick:

   We write to request a brief adjournment of the status conference currently scheduled for Friday, February 7, 2025 at 10:00 am until Friday, February 14, 2025 at 2:00 pm to accommodate a conflict with defense counsel's schedule. The Government consents to this request.

   I have spoken with Ms. Gaskin and conferred with the Government concerning a brief one-week adjournment and both are in agreement that an adjournment is agreeable.

   The defense consents to the exclusion of time under the Speedy Trial Act for this purpose.

   Accordingly, we request that the status conference be adjourned until February 14, 2025 at 2:00 pm at the convenience of the Court.

.                                        Respectfully,

                                         */s/*

                                         Susan J. Walsh
                                         Norman L. Reimer

cc: AUSA Jerry Fang