UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                 :
UNITED STATES OF AMERICA,         :
                 :
             Plaintiff,  :
                 :      24-CR-363 (VSB)
      - against -          :
                 :      **AMENDED ORDER**[1]
TUESDAI GASKIN,               :
             Defendant.  :
                 :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I held a conference in this matter on February 14, 2025.  In accordance with my comments during the conference, it is hereby:

       ORDERED that jury trial in this matter is scheduled to begin on January 5, 2026 at 10:00 A.M.

       IT IS FURTHER ORDERED that the parties appear for a status conference on April 7, 2025 at 10:00 A.M.

       IT IS FURTHER ORDERED that Defendant submits any pretrial motions, including but not limited to those regarding statute of limitations, venue, duplicity, particularization, and to suppress identification evidence, on or before April 14, 2025.  The Government must file opposition papers on or before May 5, 2025.  Defendant must file reply papers on or before May 15, 2025.

       IT IS FURTHER ORDERED that I will hold a final pretrial conference on December 29, 2025 at 2:00 P.M.

       IT IS FURTHER ORDERED that any in motions in limine be filed on or before

---

[1] This order amends and supersedes the order dated February 18, 2025.  (Doc. 28.)  This amended order corrects a typographical error and orders that Defendant's pretrial motions be due April 14, 2025 (and not April 7, 2025).

December 1, 2025, with responses due on or before December 8, 2025.

IT IS FURTHER ORDERED that any proposed voir dire questions, proposed verdict sheets, proposed jury instructions, and any pretrial memoranda are due on or before December 30, 2025.  The parties shall also email these documents in Word format to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that I exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through January 5, 2026.

SO ORDERED.

Dated:      February 18, 2025
               New York, New York

Vernon S. Broderick
United States District Judge