# VLADECK, RASKIN & CLARK, P.C.

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 4/8/2025
>
> Ms. Gaskin is permitted to travel to California on or about June 30, 2025 and return on or about July 5, 2025. Precise details should be submitted to Pretrial services in advance of the travel.

BY Email and ECF

Hon. Vernon S. Broderick
United States District Judge
US District Court for the SDNY
40 Foley Square
New York, New York 10007

Re: *United States v. Tuesdai Gaskin*, 24 Cr 363 (VSB)

Dear Judge Broderick:

I write on behalf of Tuesdai Gaskin to request permission for her to travel. She is currently restricted to travel within the Southern and Eastern District of New York and the District of Connecticut as a condition of her pre-trial release on a $50,000 personal recognizance bond secured by her signature and her adult son.

Ms. Gaskin would like to travel with her two grandchildren to California to ceremoniously lay her deceased sister's ashes to their final resting place per her sister's testamentary request.

The travel will be on or about June 30, 2025 and she will return on or about July 5, 2025 to Buena Vista, California and will include a few days at the Grands Hotel at Knox Berry Farms, also a parting request made by the deceased.

Precise details will be submitted to pre-trial services in advance of the travel. Ms. Gaskin has not yet confirmed the reservations until permission has been granted by this Court.

Ms. Gaskin has been entirely diligent in her attendance at Court and has no compliance problems with pre-trial services. Pre-trial services does not object to this trip. I have inquired of the Government, AUSA Fang but he has not yet responded.

Thank you for your time and attention to this matter.

Respectfully,

*Susan J. Walsh*

cc: Jerry Fang, AUSA