

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 6/30/2025
>
> Government to file its opposition brief by August 11, 2025. Defendant to file her reply brief by September 9, 2025. Status Conference scheduled September 24, 2025 at 10 AM.

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Gaskin*, 24 Cr. 363 (VSB)

Dear Judge Broderick:

The Government respectfully writes on behalf of the parties to request that this Court endorse the following briefing schedule for oppositions and replies to the defendant's pre-trial motions, filed on June 23, 2025. (Dkts. 34-35):

- Government to file its opposition brief by August 11, 2025
- Defendant to file her reply brief by September 9, 2025

In addition, the defendant also requests that the Court schedule a status conference shortly after the filing of the defendant's reply brief. The Government takes no position regarding this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   /s/
    Jerry J. Fang / Jacob R. Fiddelman
    Meredith C. Foster / Catherine Ghosh
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2584 / 1024 / 1114 / 2310

cc:    Defense Counsel (by ECF)