UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,        :

                                         :

                       Plaintiff,    :

                                         :              24-CR-363 (VSB)

            - against -          :

                                         :               **ORDER**

TUESDAI GASKIN,               :

                      Defendant.  :

                                         :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I held a conference in this matter on October 10, 2025.  In accordance with my comments during the conference, it is hereby:

      ORDERED that, before October 24, 2025, the parties meet and confer to discuss and agree to a schedule of pretrial disclosures, including the disclosure of exhibits, a witness list, 3500 materials, and *Brady* and *Giglio* materials.  The parties shall file a letter informing me of any disputes, if any, concerning the disclosure schedule.

SO ORDERED.

Dated:       October 10, 2025
            New York, New York

                                        Vernon S. Broderick
                                        United States District Judge