

Susan J. Walsh
212-403-7348 (o)
646-398-1514 (m)
swalsh@vladeck.com

Hon. Vernon S. Broderick
United States District Judge
US District Court for the SDNY
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 10/22/2025

The deadline for the parties to file further submissions is delayed until October 31, 2025.

Re:     *United States v. Tuesdai Gaskin*, 24 Cr 363 (VSB)

Dear Judge Broderick:

      With the consent of the Government, I respectfully write to request the Court to delay further submissions on this case until the end of next week.  Because of the posture of the case with extensive motions outstanding, we feel a professional responsibility to alert the Court that as a result of a conversation between the parties subsequent to the last conference a resolution may be possible.

      By the end of next week, we anticipate that we will know if the case will resolve before trial.  The parties require additional time to determine if a resolution can be reached and we do not wish to burden the Court unnecessarily if the case will be disposed of short of trial.

      Respectfully submitted,

      /s/Susan J. Walsh

cc: All AUSA's of Record

    (by email and ECF)

111 Broadway, Suite 1505, New York, NY 10006 ▪ (p) 212-403-7300 ▪ (f) 212-221-3172

#1017153