**VLADECK RASKIN CLARK P.C.**

Susan J. Walsh
(646) 398-1514
swalsh@vladeck.com

November 12, 2025

Hon. Vincent S. Broderick
United States District Judge
US District Court for the SDNY
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  11/13/2025

Re: *United States v. Tuesdai Gaskin*, 24 Cr. 363 (VSB)

Dear Judge Broderick,

    With the consent of the Government, I write to provide an update on the status of this matter following the Court's endorsement of the parties' earlier request for additional time to seek a resolution of this matter.

    The parties continue to have ongoing and productive discussions and with the consent of my client we are hopeful that we remain on the verge of a plea agreement. Both parties have required additional time to fully address outstanding issues and reduce the agreement in principle to formal writing.

    Accordingly, we request an additional extension from today to November 21, 2025 to finalize these discussions before filing additional submission on the pretrial motions. Thank you for your time and consideration.

Respectfully submitted,

/s/ Susan J. Walsh

cc: All AUSA's of Record
    (by mail and ECF)

VLADECK, RASKIN & CLARK, P.C.  |  111 BROADWAY, SUITE 1505, NEW YORK, NY 10006
#1018216