# VRC | VLADECK
# RASKIN
# CLARK P.C.

Susan J. Walsh
(646) 398-1514
swalsh@vladeck.com

By Email and ECF

Hon. Vincent S. Broderick
United States District Judge
US District Court for the SDNY
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK
U.S.D.J.**  02/25/2026

The sentencing scheduled for March 13, 2026 is hereby
adjourned to May 1, 2026 at 11:30 AM.

Re:  *United States v. Tuesdai Gaskin*, 24 Cr. 363 (VSB)

Dear Judge Broderick,

    With the consent of the Government, I write to request and adjournment of the sentencing hearing
in the above captioned matter currently scheduled for March 13, 2026.

    It is the first request to adjourn and I require additional time to develop mitigation likely to aid the
Court's decision.  Further, the defense is working in good faith with the IRS on matters related to back
taxes owing and which is required to be resolved two weeks prior to sentencing per the plea agreement.
For a number of reasons about which I will not burden the Court, which requires some additional time, as
well.

    Accordingly, we request an extension of the hearing from March 13, 2026 until May 1, 2026 at 11
am or later at the convenience of the Court.

    Thank you for your time and consideration.

Respectfully submitted,

/s/ Susan J. Walsh

cc:  Jacob Fiddleman, AUSA