UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | **24 Cr. 363 (VSB)** |
| TUESDAI GASKIN, | |
| Defendant. | |

The Cashier for the United States District Court for the Southern District of New York is hereby directed to accept, pursuant to 28 U.S.C. § 2041, the full restitution payment of defendant Tuesdai Gaskin prior to sentencing. The payment shall be deposited and held in the Court's registry account until a final Restitution Order is entered by the Court in this case, at which time, pursuant to 28 U.S.C. § 2042, the deposited funds shall be transferred and applied to the obligation imposed by the Restitution Order and distributed according to that order.  The Clerk of Court is respectfully directed to terminate the motion at Document 60.

SO ORDERED.

Dated:      April 28, 2026
          New York, New York

Vernon S. Broderick
United States District Judge