UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                     :

UNITED STATES OF AMERICA

                     :         CONSENT ORDER OF

       - v. -                   RESTITUTION

                     :

TUESDAI GASKIN,               24 Cr. 363 (VSB)

                     :

       Defendant.

                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jacob R. Fiddelman, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1.     Amount of Restitution

TUESDAI GASKIN, the defendant, shall pay restitution in the total amount of $28,000, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the New York City Housing Authority, Revenue and Receivable Division, ATT: Billing Section, 90 Church Street 6th Floor, New York, New York, 10007, the victim of the offense charged in Count One. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Restitution is not joint and several with any other defendants or with any others not named herein.

### 2.     Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant;

including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

Pursuant to this Court's previous order (Dkt. 61) and 28 U.S.C. § 2042, any amounts deposited by the defendant with the Cashier of the United States District Court for the Southern District of New York as pre-payment of restitution in advance of sentencing shall be forthwith applied towards the instant restitution obligation and distributed as set forth herein.

### 3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write the defendant's name and the docket number of this case on each check or money order.

### 4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address, or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          5/1/26
     Jacob R. Fiddelman                           DATE
     Assistant United States Attorney


TUESDAI GASKIN

_____          5/1/26
Tuesdai Gaskin                              DATE

_____          5-1/26
Susan Walsh, Esq.                           DATE
Norman Reimer, Esq.
Attorneys for Tuesdai Gaskin


SO ORDERED:

_____          5/1/26
HONORABLE VERNON S. BRODERICK               DATE
UNITED STATES DISTRICT JUDGE


3